IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT LEE ERSKINE,

        Petitioner,

v.

BRANDON KELLY,

        Respondent.

Case No. 6:20-cv-00254-JE

ORDER

JELDERKS, Magistrate Judge.

On March 31, 2023, Petitioner *pro se* filed a Motion to voluntarily dismiss this case. Counsel for Petitioner was notified of this request and ultimately advised the Court that Mr. Erskine did not wish to have the case dismissed and that a formal notice would be filed to that effect. Although no formal notice has been filed, based on the record before the Court Petitioner's Motion to Dismiss (#52) is denied without prejudice.

IT IS SO ORDERED.

September 7, 2023
DATE

_____
John Jelderks
United States Magistrate Judge

1 - ORDER